No. 139. YANIS *v.* SMITH, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *John Yanis, pro se.*

No. 149. WILCOXON *v.* MOUNT, SHERIFF (SUCCESSOR TO J. C. ALDREDGE, SHERIFF). October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. William S. Shelfer* for petitioner. *Mr. John A. Boykin* for respondent.

No. 150. MILLER *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *William Roy Miller, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 151. SANDERS ET AL. *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James J. Laughlin* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. H. G. Ingraham* and *Robert S. Erdahl* for the United States.

No. 155. FATONE *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of